B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Contempo Industries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Woodstock Gardens; DBA Contempo Products** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**20-1406996** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1500 McConnell Road**<br>**Woodstock, IL**<br>ZIP Code **60099-1206** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1206**<br>**Woodstock, IL**<br>ZIP Code **60099-1206** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Contempo Industries, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Contempo Industries, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jason H. Rock**
Signature of Attorney for Debtor(s)

**Jason H. Rock**
Printed Name of Attorney for Debtor(s)

**BARRICK SWITZER LAW OFFICE**
Firm Name

**6833 Stalter Drive**
**Rockford, IL 61108**

Address

_____
Telephone Number

**June 16, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ken Pawela**
Signature of Authorized Individual

**Ken Pawela**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 16, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Contempo Industries, Inc.**                                    Case No.
                                    Debtor(s)                           Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Attorney Cameron Goodman**<br>**Goodman Law Group**<br>**700 Commerce Drive #500**<br>**Oak Brook, IL 60523** | **Attorney Cameron Goodman**<br>**Goodman Law Group**<br>**700 Commerce Drive #500**<br>**Oak Brook, IL 60523** | **Attorneys for Cavalry Logistics, 2011 AR 968** | | **9,500.00** |
| **Attorney Jennifer Johnson**<br>**Zanck Coen & Wright, P.C.**<br>**40 Brink Street**<br>**Crystal Lake, IL 60014** | **Attorney Jennifer Johnson**<br>**Zanck Coen & Wright, P.C.**<br>**40 Brink Street**<br>**Crystal Lake, IL 60014** | **Attorney for Luther Trucking, Inc., 2012 AR 319** | | **18,700.00** |
| **Attorney Jennifer Johnson**<br>**Zanck Coen & Wright, P.C.**<br>**40 Brink Street**<br>**Crystal Lake, IL 60014** | **Attorney Jennifer Johnson**<br>**Zanck Coen & Wright, P.C.**<br>**40 Brink Street**<br>**Crystal Lake, IL 60014** | **Attorney for Cardinal Packaging Products, LLC, 2012 SC 158** | | **2,155.01** |
| **Attorney Marc Lichtman**<br>**222 N. LaSalle Street, Suite 200**<br>**Chicago, IL 60601** | **Attorney Marc Lichtman**<br>**222 N. LaSalle Street, Suite 200**<br>**Chicago, IL 60601** | **Attorneys for King Steel, 2012 AR 164** | | **40,042.65** |
| **Attorney Norman D. Vinton**<br>**Office of the State's Attorney**<br>**2200 N. Seminary**<br>**Woodstock, IL 60098** | **Attorney Norman D. Vinton**<br>**Office of the State's Attorney**<br>**2200 N. Seminary**<br>**Woodstock, IL 60098** | **County of McHenry, 2012 LA 171** | | **67,001.01** |
| **Attorney Scott Larson**<br>**Vanek, Larson & Kolb, LLC**<br>**200 W. Main Street**<br>**Saint Charles, IL 60174** | **Attorney Scott Larson**<br>**Vanek, Larson & Kolb, LLC**<br>**200 W. Main Street**<br>**Saint Charles, IL 60174** | **Attorney for Coating Methods, 2012 AR 811** | | **20,837.60** |
| **Attorney Ward Brown**<br>**101 N. Throop Street**<br>**Woodstock, IL 60098** | **Attorney Ward Brown**<br>**101 N. Throop Street**<br>**Woodstock, IL 60098** | **Attorney for 815 Pal-lets, McHenry County case No. 2012 SC 917** | | **3,562.50** |
| **Attorney William Shur**<br>**10 S. LaSalle Street**<br>**Chicago, IL 60603** | **Attorney William Shur**<br>**10 S. LaSalle Street**<br>**Chicago, IL 60603** | **Attorney for Robbins Lumber, Inc.** | | **31,378.99** |
| **Berkley Assigned Risk**<br>**PO Box 59143**<br>**Minneapolis, MN 55459** | **Berkley Assigned Risk**<br>**PO Box 59143**<br>**Minneapolis, MN 55459** | | | **74,325.00** |
| **Blitt and Gaines P.C.**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | **Blitt and Gaines P.C.**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | **Attorney for Deacero USA, 2013 AR 518** | | **12,369.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Contempo Industries, Inc.**                                          Case No. _____

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Calco**<br>**PO Box 1922**<br>**Woodstock, IL 60098** | **Calco**<br>**PO Box 1922**<br>**Woodstock, IL 60098** | | | **3,562.50** |
| **Central Main Power**<br>**PO Box 11752**<br>**Nashville, TN 37217** | **Central Main Power**<br>**PO Box 11752**<br>**Nashville, TN 37217** | | | **4,854.93** |
| **Eastern Forest Products**<br>**352 Center Road, Unit #4**<br>**Lyndeborough, NH 03082** | **Eastern Forest Products**<br>**352 Center Road, Unit #4**<br>**Lyndeborough, NH 03082** | | | **30,366.30** |
| **Federal Companies**<br>**PO Box 1239**<br>**Peoria, IL 61654** | **Federal Companies**<br>**PO Box 1239**<br>**Peoria, IL 61654** | | | **4,214.76** |
| **Iowa Steel & Wire Co., Inc.**<br>**PO Box 156**<br>**Centerville, IA 52544** | **Iowa Steel & Wire Co., Inc.**<br>**PO Box 156**<br>**Centerville, IA 52544** | | | **9,450.00** |
| **Lansberg**<br>**25794 Network Place**<br>**Chicago, IL 60673** | **Lansberg**<br>**25794 Network Place**<br>**Chicago, IL 60673** | | | **1,957.14** |
| **Mid South Wire Co.**<br>**1070 Visco Drive**<br>**Nashville, TN 37210** | **Mid South Wire Co.**<br>**1070 Visco Drive**<br>**Nashville, TN 37210** | | | **18,850.13** |
| **Pioneer Credit Recovery, Inc.**<br>**P.O. Box 189**<br>**Arcade, NY 14009** | **Pioneer Credit Recovery, Inc.**<br>**P.O. Box 189**<br>**Arcade, NY 14009** | **Collection for U.S. Department of Justice, U.S. Trustee fees, 05-77875** | | **8,736.00** |
| **Wagner & Wagner**<br>**960 W. State Route 22**<br>**Fox River Grove, IL 60021** | **Wagner & Wagner**<br>**960 W. State Route 22**<br>**Fox River Grove, IL 60021** | **Attorneys for W. Smith Cartage, 2012 SC 2883** | | **8,900.00** |
| **Workers' Compensation Board**<br>**Attn: Business Office**<br>**27 State House Station**<br>**Augusta, ME 04333-0027** | **Workers' Compensation Board**<br>**Attn: Business Office**<br>**27 State House Station**<br>**Augusta, ME 04333-0027** | **Maine Workers' Compensation Board civil penalty** | | **9,200.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 16, 2014**            Signature  **/s/ Ken Pawela**
                                             **Ken Pawela**
                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                      18 U.S.C. §§  152 and 3571.

Attorney Cameron Goodman
Goodman Law Group
700 Commerce Drive #500
Oak Brook, IL 60523


Attorney Jennifer Johnson
Zanck Coen & Wright, P.C.
40 Brink Street
Crystal Lake, IL 60014


Attorney Jennifer Johnson
Zanck Coen & Wright, P.C.
40 Brink Street
Crystal Lake, IL 60014


Attorney Marc Lichtman
222 N. LaSalle Street, Suite 200
Chicago, IL 60601


Attorney Norman D. Vinton
Office of the State's Attorney
2200 N. Seminary
Woodstock, IL 60098


Attorney Scott Larson
Vanek, Larson & Kolb, LLC
200 W. Main Street
Saint Charles, IL 60174


Attorney Ward Brown
101 N. Throop Street
Woodstock, IL 60098


Attorney William Shur
10 S. LaSalle Street
Chicago, IL 60603


Berkley Assigned Risk
PO Box 59143
Minneapolis, MN 55459


Bibby Purchase Order Finance Inc.
1901 S. Congress Avenue, Suite 110
Boynton Beach, FL 33426-6549

Blitt and Gaines P.C.
661 Glenn Avenue
Wheeling, IL 60090


Calco
PO Box 1922
Woodstock, IL 60098


Central Main Power
PO Box 11752
Nashville, TN 37217


Eastern Forest Products
352 Center Road, Unit #4
Lyndeborough, NH 03082


Federal Companies
PO Box 1239
Peoria, IL 61654


Iowa Steel & Wire Co., Inc.
PO Box 156
Centerville, IA 52544


John E. Harding
Beneficiary of Land Trust SBL 2650
1710 S. Eastwood Drive
Woodstock, IL 60098


John E. Harding
Beneficiary of Land Trust SBL 2650
1710 S. Eastwood Drive
Woodstock, IL 60098


Ken Pawela
1704 Ginko COurt
McHenry, IL 60050


Ken Pawela
1704 Ginko COurt
McHenry, IL 60050


Ken Pawela
1704 Ginko COurt
McHenry, IL 60050

Ken Pawela
1704 Ginko COurt
McHenry, IL 60050


Lansberg
25794 Network Place
Chicago, IL 60673


Lillibridge Trucking, Inc.
15314 Kishwaukee Valley Road
Woodstock, IL 60098


Mid South Wire Co.
1070 Visco Drive
Nashville, TN 37210


Pioneer Credit Recovery, Inc.
P.O. Box 189
Arcade, NY 14009


Richard Siska
a/k/a Richard Szyszka
36 Pheasant Run
Hawthorn Woods, IL 60047


Richard Siska
a/k/a Richard Szyszka
36 Pheasant Run
Hawthorn Woods, IL 60047


The Agency Staffing
323 Illinois 31
McHenry, IL 60050


Town of Bingham, Maine
PO Box 652
Bingham, ME 04920-0652


Wagner & Wagner
960 W. State Route 22
Fox River Grove, IL 60021

```
Workers' Compensation Board
Attn: Business Office
27 State House Station
Augusta, ME 04333-0027
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Contempo Industries, Inc.**                                          Case No.
                                                  Debtor(s)                    Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Contempo Industries, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 16, 2014** | **/s/ Jason H. Rock** |
| Date | **Jason H. Rock** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Contempo Industries, Inc.** |
| | **BARRICK SWITZER LAW OFFICE** |
| | **6833 Stalter Drive** |
| | **Rockford, IL 61108** |